UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| U.S. VENTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-7142 |
| | ) | |
| v. | ) | |
| | ) | |
| 9660 GOLF ROAD INC., 1031 BARRINGTON, INC., EMMANUEL JOSEPH, and TOM K. MATTHEWS, | ) ) ) | Honorable Virginia M. Kendall |
| | ) | **Hearing Date:** Wednesday, May 31, 2017 |
| | ) | **Hearing Time:** 9:00 a.m. |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT**

Plaintiff, U.S. Venture, Inc. ("*USV*"), by and through its attorneys, respectfully requests that this Court enter a Memorandum of Judgment of behalf of USV, and in support states as follows:

1. On September 13, 2016, the Court entered judgment in favor of USV and against defendants Emmanuel Joseph and 1031 Barrington, Inc. in the amount of $201,134.00. *See* Dkt. No. 61.

WHEREFORE, for the reasons stated herein, USV respectfully requests that this Court enter the Memorandum of Judgment attached hereto as **Exhibit A**.

Dated: May 25, 2017

Respectfully submitted,

U.S. Venture, Inc.


By: /s/ Thanhan Nguyen
     One of its attorneys

Mark W. Bina
Travis J. Eliason
Thanhan Nguyen
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000 – Telephone